IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG S.A.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PERKINELMER INC.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:14-cv-921<br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS'
UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF
ADDITIONAL COUNSEL AND TERMINATION OF ELECTRONIC SERVICE**

Before the court is Plaintiffs and Counterclaim Defendants Uniloc USA, Inc., and Uniloc Luxembourg, S.A.'s (together "Uniloc") Unopposed Motion to Allow Withdrawal of Additional Counsel and Termination of Electronic Service.

After thoughtful consideration of the motion and assurances from Uniloc that it will not be adversely affected by allowing withdrawal of its additional counsel, the court hereby **GRANTS** Unilocs' motion and instructs the clerk to terminate electronic service of all court filings and notices to McDole Williams PC, Steven N. Williams, Kenneth P. Kula and William Z in this case.

**Oct 5, 2015**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE