**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A. | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CASE NO. 6:14-CV-921 |
| PERKINELMER, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER

On February 23, 2016, the parties filed a Notice of Execution of Written Settlement Agreement. Doc. No. 65. The parties have agreed to file closing documents in this case within 30 days of the execution of the confidential Settlement Agreement. It is hereby

**ORDERED** that the parties shall submit all documents necessary for the closing of this case on or before **March 23, 2016**. The Court has set a Settlement Conference for **March 24, 2016 at 4:00 p.m.**, if closing documents are not filed. Lead Counsel for all parties will be required to appear at the Settlement Conference, if held.

So ORDERED and SIGNED this 23rd day of February, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1